# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ADAM BENJAMIN HALL | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:26-MJ-020 |

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ADAM BENJAMIN HALL

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with:  communicating interstate threats,

in violation of 18, United States Code, Section(s) 2261A(1)(B).

| | |
|---|---|
| Catherine M. Salinas<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| *Catherine Salinas* (signature)<br>Signature of Issuing Officer | January 26, 2026<br>Atlanta, Georgia<br>Date and Location |

Bail Fixed at $_____    by_____
                                              Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____   _____
                                              Name and Title of Arresting Officer

Date of Arrest:_____   _____
                                              Signature of Arresting Officer