ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 05 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ADAM BENJAMIN HALL

Criminal Action No.

1:26-MJ-020

### ORDER

The Court, having read and considered the parties' joint motion for an extension of the time to formally charge the defendant, hereby ORDERS that motion be GRANTED. The Government shall have until April 1, 2026, to formally charge the Defendant. The time from the entry of this order through and including such date, or the date the Defendant is formally charged, whichever is earlier, is hereby excluded from the Speedy TrialAct.

The Court further FINDS that, pursuant to 18 U.S.C.§ 3161(h)(7)(A), the ends of justice served by allowing this extension to facilitate plea negotiations and avoid the necessity and expense of a trial outweigh the interest of the public

and the Defendant in a speedy trial.

SO ORDERED this 5th day of FEBRUARY, 2026.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
Brian M. Pearce
Assistant United States Attorney